AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi ▼

| | |
|---|---|
| BETTY BROWN, on Behalf of Herself and All Others Similarly Situated<br><br>*Plaintiff(s)*<br><br>v.<br><br>ATTALA STEEL INDUSTRIES, LLC; And MIDDLEGROUND MANAGEMENT, LP<br><br>*Defendant(s)* | Civil Action No. 4:23CV114MPM-DAS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MiddleGround Management, LP
C.T. Corporation System (Agent for Service of Process)
306 West Main Street, Suite 512
Frankfort, Kentucky 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William Jack Simpson
Langston & Lott, PLLC
P.O. Box 382
Booneville, MS 38829

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/27/2023

s/ David Crews
*Signature of Clerk or Deputy Clerk*  by jla

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23CV114MPM-DAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Sent via Certified Mail. See Attached.

My fees are $ —0— for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/10/23

_____
Server's signature

Gail R. Baird
Printed name and title

Booneville, MS 38829
Server's address

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark Here

JUN 28 2023
BOONEVILLE MS 38829

Postage
$
Total Postage and Fees
$ 8.—

Sent To: Middleground Mgmt / CT Corp
Street and Apt. No., or PO Box No.: 306 W. Main St. Ste 512
City, State, ZIP+4: Frankfort, KY 40601

Article number: 7022 0410 0001 2385 6922

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Middleground Mgmt, LP
CT Corp. Serv.
306 W. Main St., Ste 512
Frankfort, Ky 40601

9590 9402 7787 2152 5425 67

2. Article Number (Transfer from service label)
7022 0410 0001 2385 6922

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kelly King
☐ Agent
☐ Addressee

B. Received by (Printed Name): Kelly King
C. Date of Delivery: 7/5/23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ail
☐ ...ail Restricted Delivery

☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053  Domestic Return Receipt